# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA LITTLES, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CONDUENT INC.,<br><br>                Defendant. | Case No. 2:25-cv-03023-SRC-JBC<br><br>CLOSED |

## VOLUNTARY DISMISSAL ORDER

Plaintiff Victoria Littles, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Conduent Inc. without prejudice.

Dated: May 1, 2025

Respectfully submitted,

Respectfully Submitted,
By: /s/ *Vicki J. Maniatis*
Vicki J. Maniatis, Esq. (SBN : 001321994)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
405 East 50th Street
New York, NY 10022
Phone: (516) 491-4665
vmaniatis@milberg.com

SO ORDERED: 5/2/2025
**s/Stanley R. Chesler, U. S. D. J.**